IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:06-cr-00038-MP-AK

AARON MASSIE,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 133, Joint Motion to Continue the Sentencing of Aaron Massie.  The motion is granted, and sentencing is hereby reset for Wednesday, August 1, 2007, at 3:30 p.m.

**DONE AND ORDERED** this  *15th*   day of June, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge