IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00038-MP-AK

AARON MASSIE,

    Defendant.
_____/

### **O R D E R**

This matter is before the Court on Doc. 170, Joint Motion to Continue Sentencing. The motion is granted and sentencing is hereby reset for August 31, 2007, at 9:30 a.m.

**DONE AND ORDERED** this _9th_ day of August, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge